# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ABC Corporation ) | |
| ) | Case No. 1:20-cv-6173 |
| v. ) | |
| ) | Judge:     Hon. Marvin E. Aspen |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate:   Hon. Jeffrey Cummings |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGEMENT**

Plaintiff ABC Corporation d/b/a Good Smile Company, Inc. ("Good Smile") seeks entry of Default and Default Judgment against all Defendants excepting Does already dismissed. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 8th of February, 2021.     Respectfully submitted,


                                    By:   s/David Gulbransen/
                                              David Gulbransen
                                              Attorney of Record

                                              David Gulbransen (#6296646)
                                              Law Office of David Gulbransen
                                              805 Lake Street, Suite 172
                                              Oak Park, IL 60302
                                              (312) 361-0825 p.
                                              (312) 873-4377 f.
                                              david@gulbransenlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the February 8, 2021, the **Plaintiff's Motion for Entry of Default and Default Judgment** was filed with the CM/ECF system. The Defendant's will also be provided notice on February 8, 2021, via e-mail to the e-mail to the address supplied by the Defendants to their respective webstore hosts and via their webstores per the terms of the TRO.

By:   s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com