**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ABC Corporation ) | |
| ) | Case No. 1:20-cv-6173 |
| v. ) | |
| ) | Judge: Hon. Marvin E. Aspen |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Jeffrey Cummings |
| Hon. IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that Plaintiff, by its counsel, has filed Plaintiff's Motion for Entry of Default and Default Judgment.

Pursuant to Ninth Amended General Order 20-0012, Plaintiff has not noticed the Motions for a hearing, but Plaintiff is available for a telephonic hearing if requested by the Court.

Respectfully submitted,

By:   s/David Gulbransen/
      David Gulbransen
      Attorney of Record

      David Gulbransen (#6296646)
      Law Office of David Gulbransen
      805 Lake Street, Suite 172
      Oak Park, IL 60302
      (312) 361-0825 p.
      (312) 873-4377 f.

## CERTIFICATE OF SERVICE

I hereby certify that on the February 8, 2021, the **Notice of Motion, Plaintiff's Motion for Entry of Default and Default Judgment** and **Memorandum of Law in Support of Plaintiff's Motion for Entry of Default and Default Judgment** was filed with the CM/ECF system. The Defendant's will also be provided notice February 8, 2021, via e-mail to the e-mail addresses the address supplied by the Defendants to their respective webstore hosts and via their webstores per the terms of the TRO.

                                                   By:   s/David Gulbransen/
                                                           David Gulbransen
                                                           Attorney of Record

                                                           David Gulbransen (#6296646)
                                                           Law Office of David Gulbransen
                                                           805 Lake Street, Suite 172
                                                           Oak Park, IL 60302
                                                           (312) 361-0825 p.
                                                           (312) 873-4377 f.
                                                           david@gulbransenlaw.com