IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ABC Corporation | ) | |
| --- | --- | --- |
| | ) | Case No. 1:20-cv-6173 |
| v. | ) | |
| | ) | Judge: Hon. Marvin E. Aspen |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Jeffrey Cummings |
| Hon. IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, ABC LLC dba Good Smile Company, Inc., voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store | Merchant ID |
| --- | --- | --- |
| 540 | amelie | 407933 |
| 542 | dayofsugar store | 507668 |
| 557 | happyday22 | 1267004 |
| 567 | animecollection store | 1768202 |
| 586 | toysbar store | 2907032 |
| 592 | microplushtoys store | 3124010 |

Dated: February 8, 2021   Respectfully submitted,

By:   s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com