**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ABC Corporation | ) | |
| | ) | Case No. 1:20-cv-6173 |
| v. | ) | |
| | ) | Judge:        Hon. Marvin E. Aspen |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate:    Hon. Jeffrey Cummings |
| Hon. IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff, ABC Corporation d/b/a Good Smile

Company, Inc. ("Good Smile") against the defendants operating the websites/webstores

identified on Schedule "A" to Plaintiff's Complaint (collectively, the "Infringing Webstores"),

and Plaintiff having moved for entry of Default and Default Judgment against the defendants not

already dismissed, identified in Appendix "A" (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and

preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants,

providing notice via e-mail, along with any notice that Defaulting Defendants received from the

ecommerce platforms, hosts, and payment processors, being notice reasonably calculated under

all circumstances to apprise Defaulting Defendants of the pendency of the action and affording

them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise

plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Infringing Websites through which Illinois residents can purchase products bearing counterfeit versions of NENDOROID, NENDOROID EZ, NENDOROID-SERIES, and GOOD SMILE COMPANY marks, U.S. Reg. Nos. 4939118, 5393702, 4303251, 4939117, and 4340551 (collectively, the "Mark" or "Marks").

The registration is valid, unrevoked, and uncancelled. Defendants use the mark and display images protected by trademark and copyright on the infringing websites without Plaintiff's permission or consent.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

a. using the NENDOROID trademark or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Good Smile product or not authorized by Plaintiff to be sold in connection with the NENDOROID Trademark;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Good Smile product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Good Smile and approved by Plaintiff for sale under the NENDOROID Trademark;

c. committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control or supervision of Good Smile, or are sponsored by, approved by, or otherwise connected with Good Smile;

d. further infringing the NENDOROID trademark and damaging Plaintiff's goodwill;

e. otherwise competing unfairly with Plaintiff in any manner;

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the NENDOROID trademark, or any reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning or operating the infringing webstores, websites, or any other domain name that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Products;

h. operating and/or hosting infringing webstores, websites and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the NENDOROID trademark or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Good Smile product or not authorized by Good Smile to be sold in connection with the NENDOROID trademark;

i. registering any additional stores, websites, or domain names that use or incorporate any of the NENDOROID trademark; and

j. using images covered by the PLAINTIFF's Copyrights or any of PLAINTIFF's original photographs that Good Smile uses to advertise the sale of original Good Smile products.

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including ecommerce platform providers, such as Alibaba, Ali-Express, Amazon, eBay, Wish, etc., shall within three (3) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defaulting Defendants, in the past, currently or in the future, engage in the sale of goods using the NENDOROID Trademarks, including, but not limited to, any accounts associated with the Defaulting Defendants listed on Schedule "A" not dismissed from this action; and

b. disable any account linked to Defaulting Defendants, linked to any e-mail addresses used by Defaulting Defendants, or linked to any of the Infringing webstores/websites.

Pursuant to 15 U.S.C. § 1117(c)(1), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of Two-Hundred and Fifty Thousand Dollars (U.S.) and No Cents ($250,000.00) for using counterfeit NENDOROID Trademarks on products sold through

at least the Infringing webstores/websites. As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the award of statutory damages against it:

    a.  Alibaba, Ali-Express, Amazon, eBay, Wish (collectively the "Platforms") and PayPal, Payoneer, WorldFirst, World First Asia Limited, World First Markets Limited, World First USA, Inc., Bill.com, Pingpong, Payeco, Umpay/Union Mobile Pay, Moneygram, Western Union and any of their subsidiaries (collectively the "Payment Processors") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites identified in Schedule "A", except those dismissed, from transferring or disposing of any money or other of Defaulting Defendants' assets.

    b.  All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Platforms or the Payment Processors are hereby released to Plaintiff as partial payment of the above-identified damages, and are ordered to release to Plaintiff the amounts from Defaulting Defendants' Platform or Payment Processor accounts within ten (10) business days of receipt of this Order.

    c.  Plaintiff shall have the ongoing authority to serve this Order on the Platforms or the Payment Processors in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Platforms or the Payment Processors shall within two (2) business days:

        i. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint, the

e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and

any e-mail addresses provided for Defaulting Defendants by third parties;

ii. Restrain and enjoin such accounts or funds from transferring or disposing of any

money or other of Defaulting Defendants' assets; and

iii. Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as

partial payment of the above-identified damages within ten (10) business days of

receipt of this Order.

4. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting

Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings

and loan associations, payment processors, or other financial institutions (collectively, the

"Financial Service Providers") in the event that any new financial accounts controlled or

operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial

Service Providers shall within two (2) business days:

a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting

Defendants' Infringing webstores/websites, including, but not limited to, any accounts

connected to the information listed in Schedule "A" of the Complaint, the e-mail

addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and any e-mail

addresses provided for Defaulting Defendants by third parties;

b. Restrain and enjoin such accounts or funds from receiving, transferring or disposing of

any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as

partial payment of the above-identified damages within ten (10) business days of receipt

of this Order.

5. In the event that Plaintiff identifies any additional webstores, websites, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibits 1 to the Declaration of David Gulbransen and any e-mail addresses provided for Defaulting Defendants by third parties.

**IT IS SO ORDERED.**

Dated: February 9, 2021

_____
Marvin E. Aspen
U.S. District Court Judge

Appendix A

| Doe # | Merchant Name | Merchant ID |
|---|---|---|
| 1 | esales | 529e7b34fe10c23731ea8115 |
| 3 | southerner | 53789d5b796f684197096b0f |
| 4 | jewelrywatch | 53860a6aab980a26d661749d |
| 5 | fashion maker co,ltd | 53968d3a7360467a89601261 |
| 6 | best and fashion store | 53e9d761104dae08a5cd8286 |
| 7 | foreverstream | 53f1f0381c105e50bba1cd05 |
| 10 | magicshop2014 | 540d76fe7f086e6cbdc65c15 |
| 11 | crocoo co ltd | 54487c5715133772b82ace91 |
| 12 | fashionbox co ltd | 54487ec69719cd33d5104a99 |
| 13 | lovely style company | 544f846690c7767735d029a9 |
| 14 | bigbaby | 545f50f890c7760f73fd4fc6 |
| 15 | hong da you xian gong si | 54797b8f90c77622b7a4f01a |
| 16 | color stars | 547bc8199719cd0a90b942aa |
| 17 | asia city | 5496630647aacf2670d9ba7c |
| 18 | fannusi trade international | 54a9370b40b378422b55948f |
| 19 | al | 54ba2570429a6a0971fc0a7d |
| 20 | run together | 54d4e29a7d6eba1a72c332ed |
| 21 | mayixinwaimaofuzhuang | 55091f427bf70f1a5f772e01 |
| 22 | guangzhou hongguang electronic technology co., ltd | 551a4877a3921b0d8090b662 |
| 23 | changle | 5528c67269f1ed1eeff680be |
| 24 | modapai | 5533884d8221dc1190aef512 |
| 25 | new you | 55555207520fa722003a702f |
| 26 | hangzhoulequwanjuyouxiangongsi | 557e677dcb1da919efc98ed0 |
| 27 | mg fashion belt company | 558222cfae78dc1d5a7e3478 |
| 28 | fresher | 5595253f0456eb404a0bdbd3 |
| 29 | fuxiking co.ltd | 55962247be1afa6c0dd3380e |
| 30 | haihan | 55a906fce8d5b6490cbd431b |
| 31 | xiweifuzhuangcheng | 55ae0a74f31fcf5a92121d64 |
| 32 | daling international | 55c4544ad3835a423eeb2e79 |
| 33 | diyhome | 55f7be9758d4941e7ab03693 |
| 34 | i do | 5604d9bd2c971242abcba992 |
| 35 | wendandan | 5607b58d3d346c42d8756d88 |
| 36 | luyuan trade international | 562590febdeccb0fc6e735ea |
| 38 | bestechin | 5675188476c33a5d3537d78a |
| 39 | toys&hobbies&gifts | 568e0287c1407606734c764a |
| 40 | shop of kitty | 56a86383f1fa1c0efce1ea6f |
| 41 | xindongbaobei | 56d9624d3a698c03a3592940 |
| 42 | f g fashion jewelry | 56d990d43a698c03a3592e66 |
| 43 | anime one stop shop | 56db75d83a9cb801c374be78 |
| 44 | juliana | 56e2836013e5da1695ccd24b |
| 45 | toys wholesale and retail trade | 56e52410d910936702aad498 |

| 46 | sport fun | 56ed296339250658860f21f5 |
|----|-----------|--------------------------|
| 47 | soul of anime | 57033d109f0cec58d20d71f8 |
| 49 | cowswang@sina.com | 5788e3ac0cb30d2199460158 |
| 50 | mary sarah | 57aeaccf49c29a266ec32d94 |
| 51 | month cloud | 57b173140f9aaf21325af1c0 |
| 52 | head | 57c682e679192964eabe7bd8 |
| 53 | the xu stores | 57c6b98bf65ec5655f545382 |
| 56 | chun tian li store | 58118156f6978b179f0efb8d |
| 57 | no password | 582ad1b96339b41ba8fad7e0 |
| 58 | zhangyaoyaokkk | 586de34e8ffb016b1204cab0 |
| 62 | innocent smile | 589c7b21b237326b42e3e63b |
| 63 | xferg602 | 589dd277e3f742593c305efc |
| 64 | the sunlight has been brilliant | 58a180ce63ba9d500bd6b070 |
| 65 | lynnsimonshop | 58a1be7a63ba9d500bd6bf46 |
| 66 | natural and unrestrained e city | 58a445765779384983f1d3fa |
| 67 | treasure willow | 58a44f8e6f500254d579be9f |
| 68 | jing beam | 58a5e81b4a791950e4104594 |
| 69 | xigestore | 58aac111a5ee2b50e403b19e |
| 70 | pleasantli | 58abb827938e0f503d765612 |
| 71 | love spicy | 58ba89b5af6dd5527477fff3 |
| 72 | morgado | 58c5293c0c9bfa510272bb06 |
| 74 | ertuiyi | 58cf9e687a891251311d04e1 |
| 76 | liulimin | 58db4e833af68752c1250950 |
| 77 | yuyue2 | 58dd2479b258a05e1d2f98c6 |
| 78 | wuaimingde | 58ddedfc33e5925725543b6a |
| 79 | lily chic | 58e357b8fc5a3d1339fe852d |
| 80 | fanyangqiang186 | 58e4efe5e070a80f91807ef6 |
| 81 | taofenga | 58e72c155076e80f9abf28c5 |
| 82 | dsgbsrtjnatrjg | 58ea3ac822495c16313ce0ae |
| 83 | pull the board | 58eb652da750c00fa288cd2f |
| 84 | rimuzhuoxi | 58ec519596d4241365a39174 |
| 85 | wangxiao789 | 58ecad8196d4241368a3a941 |
| 86 | kyxdyy | 58edb53c7547cd0fb1bc0536 |
| 87 | yp19980413 | 58f41fb24a11d56a5772d878 |
| 88 | cunbaise136@136.com | 58f572e6ffd25b5bf51f3c2b |
| 89 | baijingtian | 58fb169947da5d10f73ccca3 |
| 91 | sunny_ | 59082a3171a2f23bb6f2037f |
| 92 | cicigo20 | 590a8270d2af6a1d14849353 |
| 93 | caolong | 590b32cb7385f12240cdb89b |
| 94 | xiang feng number flagship store | 591044ba65c3132b759cb76c |
| 96 | aiykazysdl | 592555f07547936e9924e21b |
| 97 | lovesecret su | 59279af063826c42aea69884 |
| 98 | macui19888 | 59329b3874f4a427d7d69dc1 |
| 99 | muguizhi | 593feeb97c6494463d261c4f |

| 100 | biggerbetter | 594732e7d44a9b2db54bd560 |
|---|---|---|
| 101 | another plush | 594bc7a7fc0f2406c63e1714 |
| 102 | moranshion | 595214eca124fe71a77746df |
| 103 | abczss315@163.com | 59562cbf905fdb1666ad532f |
| 104 | xuedongc | 595b901788709f2e9933df7d |
| 105 | 18306865587@163.com | 595f7222e209f7400bf0526c |
| 106 | fghj | 596872be905fdb27d10f9be8 |
| 107 | leaf xiao | 596f0e5c8a43d211d21fd23c |
| 109 | pharesstore | 5983dc832382702f74d58151 |
| 110 | yezhiyong | 599ebfca3eb22a016c27b212 |
| 111 | xiaolinstore | 59abed1a90a0f12f63809156 |
| 112 | afk esport store | 59ae69e730e1f30726397966 |
| 113 | deast | 59d389a1a240472c3a60d7eb |
| 115 | renkaigong | 59e1a8497b584e49f8b10e85 |
| 116 | wangzhefeng | 59f849b3dc7a913513dff61a |
| 117 | wang_xq | 59fab2db8cf0ed75448119d4 |
| 118 | yezitingting | 59fc65590f193f4dc1c2ab39 |
| 120 | dabaitangnaitu | 5a0accd2471c146e70357156 |
| 122 | funnyshop666 | 5a212154028bbd7ba80cdede |
| 123 | wangyandexiaodianpu | 5a2683990a332a21a996eec7 |
| 124 | liaishan | 5a28d7e63c3aa27fd8f12379 |
| 125 | shengbo111 | 5a3797ed6d2c6b1f0875db64 |
| 126 | xuyinglan | 5a390493d024990fbe36ec5a |
| 127 | sunshouna | 5a549d09518c1c4ff0e4adbd |
| 128 | elzshop | 5a582e975349206a637ba664 |
| 129 | yudecheng777 | 5a586f840c47f305a9624018 |
| 130 | hufangxia | 5a58708c63aa6d6df8798c24 |
| 131 | xiaohuihuii | 5a58b3dd7b584e14dab2ff33 |
| 132 | princeqw | 5a5dc6baad4723316f4dc26b |
| 134 | jubaoyuan888 | 5a7172fca71fbf3da93e0e5b |
| 135 | buymore888 | 5a9a2c57417cee79f41c121c |
| 136 | yinuodexiaodian | 5a9fde614f6b49410627011d |
| 137 | taintiankuaile888 | 5aa261fc2635a74733e0cb7c |
| 138 | zow | 5aadf18454bd0918bab77bf8 |
| 139 | mayinxueshishangdian | 5ab1173847a0e75d43e24507 |
| 140 | lidongdong1833 | 5ab308171baafe42d0ce7e69 |
| 141 | liyufu1734 | 5ab328fa417cee3674f85bfa |
| 142 | zhanghang6789 | 5ab5d9871baafe71696e125a |
| 143 | yuandengjie | 5ac6ff9b15511a4ad6ba78df |
| 145 | create a good time together | 5ac9c1b24f6b490429fe81f0 |
| 147 | the glorious years to go together | 5acc4e702c495634d1b19e9a |
| 148 | cwfql | 5acd6d0ac798173624463daa |
| 149 | yuxiangyue | 5ae4315f4f6b491fc473d041 |
| 151 | newchengxin | 5af565908699ce1b28d1f3c9 |

| 152 | zhenzhen188 | 5b029d48bdade4296e61983a |
| 153 | tian91708 | 5b1cd422eae8b4362f289c42 |
| 154 | lanpishu | 5b1de0d12b041047cd76412c |
| 155 | wanfumeige | 5b20ab982b04101ac8d7e920 |
| 156 | jingjing han happy | 5b24bf0f7b94e11eb5375211 |
| 157 | hmggtoy | 5b27587adaac450d341ae5de |
| 158 | purefun maker | 5b4ea22aab577741e9b97582 |
| 159 | fantasticwomenshoesstoce | 5b5d8bd6fd4cfa064243e771 |
| 161 | vqttlxtq2018 | 5b85fa094b169617897013a7 |
| 163 | whaiyuso | 5b87ae979996c8627d413963 |
| 165 | heart sarah | 5b923a11ddd79d22736c1ba9 |
| 166 | mzm1008610010 | 5b9ba92bd3575218e6d14039 |
| 167 | s45s4s52 | 5b9cad6573d93424753ed6cc |
| 168 | allure love li | 5ba096d2d3575276b35f5305 |
| 169 | mercadilloacasa | 5d42bae272b0c926073b60c3 |
| 172 | fengjixuchui816 | 5d4d15b083889747dc77dc4f |
| 174 | vvdrz5xv54 | 5d556de040defd2600ad74fb |
| 176 | tf mall | 5d6a685baf2ddd33f26c0854 |
| 177 | kjsfhkb | 5d6b9672d17da927cb0e42e1 |
| 178 | kjhgfkjugfueufge | 5d6b98acfba5607237cca56f |
| 179 | jhlfsklg | 5d731ea2af968f55f3a02a43 |
| 180 | gjgdjkgb | 5d73248151da4f51f6c9476a |
| 181 | uigfjkgfk | 5d7326f67415ea67c0f9de30 |
| 182 | hksdgkbdk | 5d73299198527610c552abf4 |
| 183 | juncheng first-class luggage | 5d7d85683f0bbc49d5ebf31d |
| 184 | htc football equipment | 5d7f1eb828883535f62de5b3 |
| 185 | humindianpu | 5d809ef61204c1100d2c7354 |
| 186 | xidongqingdianpu | 5d80ab9266679a4d8a5311e1 |
| 187 | pudukenliu | 5d85c50435b4491d1e2cfda2 |
| 188 | bocmen yanshen hotword | 5d85e90b22e7774ec1b34b50 |
| 189 | liangfriends | 5d85e9c222e7774f4cb34749 |
| 190 | canader pentakow feirly | 5d8619836d79ac2740363001 |
| 191 | caaoguoli | 5d86d35b22e7772b7db3469f |
| 192 | wpmall | 5d8990ec6d79ac2ffcb010e3 |
| 193 | zhoutu | 5d89c2c2b657c73d47c7fd6a |
| 194 | kaixinshouban | 5da80a3aef222f126642040b |
| 197 | nvirodsm | 5dd239f8ecf8e2019e6bfe15 |
| 198 | penghua.www.0527 | 5dff2a5853559742c6f77f63 |
| 199 | yesornosan | 5e101b2156fb9c3af88602f1 |
| 200 | 0.86577 | 0.86577 |
| 201 | 4.89397 | 4.89397 |
| 202 | 1429425 | 1429425 |
| 203 | 1733053 | 1733053 |
| 204 | 2404672 | 2404672 |

| 205 | 4724663 | 4724663 |
|---|---|---|
| 206 | 7477060 | 7477060 |
| 207 | 0-hk172 | 0-hk172 |
| 208 | 1-62229 | 1-62229 |
| 213 | 2018c | 2018c |
| 214 | 3cn4646 | 3cn4646 |
| 215 | 686-pingan | 686-pingan |
| 217 | abcjdg_86 | abcjdg_86 |
| 218 | abtaba72 | abtaba72 |
| 219 | amily8816 | amily8816 |
| 220 | anime.jade/anime999m | anime.jade |
| 221 | app555a | app555a |
| 222 | arvlee0521 | arvlee0521 |
| 223 | asfas555 | asfas555 |
| 224 | autofamily2015 | autofamily2015 |
| 225 | bagkiss2015 | bagkiss2015 |
| 226 | banyin64 | banyin64 |
| 227 | bapecn | bapecn |
| 228 | beautifullan6868 | beautifullan6868 |
| 229 | beibdyeibao8885 | beibdyeibao8885 |
| 230 | belletoy*house | belletoy*house |
| 231 | bhufccg25 | bhufccg25 |
| 232 | bigbangbigbangbigbang | bigbangbigbangbigbang |
| 233 | bigproducts | bigproducts |
| 234 | bigshotlove | bigshotlove |
| 235 | boomboysunny | boomboysunny |
| 236 | buyeshopping | buyeshopping |
| 237 | caixilin_20021 | caixilin_20021 |
| 239 | catchingsouls | catchingsouls |
| 240 | cheap**store | cheap**store |
| 241 | chengxiang38 | chengxiang38 |
| 242 | chensi99105-0 | chensi99105-0 |
| 243 | china_world | china_world |
| 244 | crystalhome66 | crystalhome66 |
| 245 | csndice-star | csndice-star |
| 246 | d966874 | d966874 |
| 247 | daihu_29 | daihu_29 |
| 248 | danco-7284 | danco-7284 |
| 249 | david14444 | david14444 |
| 250 | day.day.up.fbb | day.day.up.fbb |
| 251 | deliangpeng | deliangpeng |
| 252 | doodlez | doodlez |
| 253 | dreamsqian | dreamsqian |
| 254 | duqi5948 | duqi5948 |

| 255 | e-mall2018ss1 | e-mall2018ss1 |
|-----|---------------|---------------|
| 256 | e-mall2018ss2 | e-mall2018ss2 |
| 257 | easy2buystore2010 | easy2buystore2010 |
| 258 | ekinyangyiwei | ekinyangyiwei |
| 260 | er-sa2010 | er-sa2010 |
| 261 | estesga | estesga |
| 262 | eukfngn1-0 | eukfngn1-0 |
| 263 | factory*store | factory*store |
| 264 | fairytale-197 | fairytale-197 |
| 265 | faithtoptalk | faithtoptalk |
| 266 | fanshiyuanb-3 | fanshiyuanb-3 |
| 267 | fbhgj_12 | fbhgj_12 |
| 268 | fengtai169/xiataiyang666 | fengtai169 |
| 269 | fictionlife98 | fictionlife98 |
| 270 | flower_gril_dress | flower_gril_dress |
| 271 | gadget.toystore | gadget.toystore |
| 272 | gdfyd-64 | gdfyd-64 |
| 273 | genning_30 | genning_30 |
| 274 | glory_mart_93 | glory_mart_93 |
| 275 | goodlife989 | goodlife989 |
| 276 | gratefulshop19 | gratefulshop19 |
| 277 | gw8322810loumei0 | gw8322810loumei0 |
| 278 | h6c166 | h6c166 |
| 279 | haitianqin25 | haitianqin25 |
| 280 | haiyue6258_5 | haiyue6258_5 |
| 281 | hantingshop2011 | hantingshop2011 |
| 283 | hk_2361 | hk_2361 |
| 284 | hk_8902 | hk_8902 |
| 285 | hk2-gopjwl | hk2-gopjwl |
| 288 | homeonlee01 | homeonlee01 |
| 289 | homeonlee02 | homeonlee02 |
| 290 | honghong*huohuo | honghong*huohuo |
| 291 | hooshop2017 | hooshop2017 |
| 292 | hua8898/kaka3188 | hua8898 |
| 293 | huangmeiqiua1-2/h-shop889 | huangmeiqiua1-2 |
| 294 | huangpeng-88 | huangpeng-88 |
| 295 | huwenbo_80 | huwenbo_80 |
| 296 | i96_92 | i96_92 |
| 297 | jennys-magic-house | jennys-magic-house |
| 298 | jiajia5188 | jiajia5188 |
| 299 | jian_k_96 | jian_k_96 |
| 300 | jieyu01618 | jieyu01618 |
| 301 | jinjin2005077 | jinjin2005077 |
| 302 | jtbj44-20 | jtbj44-20 |

| 303 | kangkang9858 | kangkang9858 |
|-----|--------------|--------------|
| 304 | kayatoys_trading_company | kayatoys_trading_company |
| 305 | keep-mm | keep-mm |
| 306 | king-camille | king-camille |
| 307 | kougutu_28 | kougutu_28 |
| 308 | l2m-39 | l2m-39 |
| 309 | lalala-9420 | lalala-9420 |
| 310 | leilei2188_4 | leilei2188_4 |
| 311 | leisurelife-home | leisurelife-home |
| 312 | lijie1_95 | lijie1_95 |
| 313 | lingyang8/yangling8899 | lingyang8 |
| 314 | lisen888_9/lisen888_9 | lisen888_9 |
| 315 | litaoshoes2014 | litaoshoes2014 |
| 316 | liuwenyi1yi-0 | liuwenyi1yi-0 |
| 317 | louou06 | louou06 |
| 318 | lovbride | lovbride |
| 319 | lovenostalie | lovenostalie |
| 320 | lovesell2010 | lovesell2010 |
| 321 | luckping_6 | luckping_6 |
| 322 | luckystar*usa | luckystar*usa |
| 323 | lwstore2013 | lwstore2013 |
| 324 | lzih25876636 | lzih25876636 |
| 325 | make_it_store | make_it_store |
| 326 | makeasy2u | makeasy2u |
| 327 | malongmy | malongmy |
| 328 | mandysab2016 | mandysab2016 |
| 329 | meet2018 | meet2018 |
| 330 | meilidongren2008 | meilidongren2008 |
| 331 | momovid | momovid |
| 332 | mrtienle | mrtienle |
| 333 | mzxcos5752 | mzxcos5752 |
| 334 | neuhause3339 | neuhause3339 |
| 336 | nostalie2018 | nostalie2018 |
| 337 | nygc_61 | nygc_61 |
| 338 | p01-98 | p01-98 |
| 339 | pamu29232071397 | pamu29232071397 |
| 340 | ppxld | ppxld |
| 341 | puleiy-25 | puleiy-25 |
| 342 | qasert586 | qasert586 |
| 343 | qgk-56 | qgk-56 |
| 344 | qins31 | qins31 |
| 345 | qiubif_92 | qiubif_92 |
| 346 | qiwa90 | qiwa90 |
| 347 | qjy2018 | qjy2018 |

14

| 348 | qpk235 | qpk235 |
|-----|--------|--------|
| 349 | queendomshop99 | queendomshop99 |
| 350 | r0p276 | r0p276 |
| 351 | ruizuo_80 | ruizuo_80 |
| 352 | s33_88 | s33_88 |
| 353 | shanghuit_shop2018 | shanghuit_shop2018 |
| 354 | shibg55 | shibg55 |
| 355 | shoppingbust-7 | shoppingbust-7 |
| 356 | shoppingmall.alice | shoppingmall.alice |
| 357 | shushu4680 | shushu4680 |
| 358 | sophialuyuan | sophialuyuan |
| 359 | sunny*1997 | sunny*1997 |
| 360 | sunnyman2k15/soapdream | sunnyman2k15 |
| 361 | sutty.68/suustty.169 | sutty.68 |
| 362 | sweetheartyear | sweetheartyear |
| 363 | syni26 | syni26 |
| 364 | t_rong6238 | t_rong6238 |
| 365 | the.deal.products | the.deal.products |
| 366 | ting-happy2010/happy-zhangting2020 | ting-happy2010 |
| 367 | tjkkgv-46 | tjkkgv-46 |
| 368 | tototoys2015 | tototoys2015 |
| 369 | toy-castle | toy-castle |
| 370 | toy*home | toy*home |
| 371 | toys_store_china | toys_store_china |
| 372 | uoe684_82 | uoe684_82 |
| 373 | venus153224021 | venus153224021 |
| 374 | vonecase | vonecase |
| 375 | vtv_55/btv888 | vtv_55 |
| 376 | vwervga6 | vwervga6 |
| 377 | wangxzdong4 | wangxzdong4 |
| 378 | wanlinaw779 | wanlinaw779 |
| 379 | wendatong123 | wendatong123 |
| 380 | westbankview | westbankview |
| 381 | wilk169 | wilk169 |
| 382 | witkey2009 | witkey2009 |
| 383 | wuidzt19 | wuidzt19 |
| 384 | wujie201688-3 | wujie201688-3 |
| 385 | xcmachine2018 | xcmachine2018 |
| 386 | xinbao-5487 | xinbao-5487 |
| 387 | xingguang198/holidayd_zero | xingguang198 |
| 388 | xinxiangshicheng10 | xinxiangshicheng10 |
| 389 | xsmart88 | xsmart88 |
| 390 | xuwu-65 | xuwu-65 |
| 391 | xyhgtw564 | xyhgtw564 |

| 392 | xyzulhi | xyzulhi |
|---|---|---|
| 393 | yanghs2017 | yanghs2017 |
| 394 | yangkai35796 | yangkai35796 |
| 395 | ying-happy2010 | ying-happy2010 |
| 397 | yuanhui6688 | yuanhui6688 |
| 398 | yuecyun_8 | yuecyun_8 |
| 399 | yufenwan_0 | yufenwan_0 |
| 400 | yuyanfenfei5 | yuyanfenfei5 |
| 401 | z-oneshop | z-oneshop |
| 402 | za1688wer | za1688wer |
| 403 | zhang66_61 | zhang66_61 |
| 404 | zhangmeng66772/outdoor-home666 | zhangmeng66772 |
| 405 | zhaomingyong188-6/zhaozhao518 | zhaomingyong188-6 |
| 406 | zhenhuaa57 | zhenhuaa57 |
| 407 | zhinengkeji2018 | zhinengkeji2018 |
| 408 | zhiwei956jiyun71 | zhiwei956jiyun71 |
| 409 | zhizhishop2018 | zhizhishop2018 |
| 410 | zho-8462 | zho-8462 |
| 411 | zhoufang-73 | zhoufang-73 |
| 412 | zhoulichao/hi-msmousse-chao | zhoulichao |
| 413 | smart-technology | 14772647 |
| 414 | china_outdoor | 14773932 |
| 415 | special2013 | 15174009 |
| 416 | okbrand | 15240257 |
| 417 | sunnysleepvip1 | 18262153 |
| 418 | tomboy777 | 18401114 |
| 419 | mingjing01 | 19783873 |
| 420 | mingjing03 | 19783882 |
| 421 | arielbaby | 19788838 |
| 422 | topfirst | 19807209 |
| 423 | babala2 | 19810664 |
| 424 | topprettymall | 19925600 |
| 425 | huang527186392 | 19979560 |
| 426 | lovedreamstore | 19988205 |
| 427 | runbaby | 20010045 |
| 428 | dzj110140170 | 20046164 |
| 430 | freedom999 | 20091289 |
| 431 | qiuchany | 20216776 |
| 432 | guoli0005 | 20374435 |
| 433 | sport_xgj | 20608099 |
| 434 | hltrading | 20662370 |
| 435 | uk001 | 20713453 |
| 436 | goodsellers2019 | 20715892 |
| 437 | popotoyfirm | 20718130 |

| 438 | us0001 | 20766139 |
|---|---|---|
| 439 | sportsgame | 20773262 |
| 440 | etamkend | 20795520 |
| 441 | mm_toy | 20827259 |
| 442 | roohua | 20914434 |
| 443 | pikachu2018 | 20918811 |
| 444 | ken12cx | 20934986 |
| 445 | toy_abc | 20939859 |
| 446 | funibaoluo | 20968277 |
| 447 | redbull12 | 21030366 |
| 448 | niceshopping18 | 21062466 |
| 449 | mart04 | 21062726 |
| 450 | chengdaphone07 | 21080331 |
| 451 | kidstoy6 | 21080364 |
| 452 | liuyanggame | 21083243 |
| 453 | tfboys13 | 21089669 |
| 454 | haoxinsgame2 | 21099226 |
| 455 | zhang3344 | 21102446 |
| 456 | zehangame | 21104309 |
| 457 | gou07 | 21149690 |
| 458 | cutetoyss | 21159300 |
| 459 | bluetiger | 21159984 |
| 460 | catcatcat1990 | 21160222 |
| 461 | lakeball | 21160297 |
| 462 | electronisupermarket | 21166733 |
| 463 | beutytomorrow2018 | 21166739 |
| 464 | luckycat90 | 21166985 |
| 465 | jokerstore | 21169492 |
| 466 | chrisliucactus | 21176281 |
| 467 | sunnysleepvip12 | 21185765 |
| 468 | httoystore | 21187885 |
| 469 | blockswei | 21194698 |
| 470 | toyguiyang | 21199701 |
| 471 | diantoys | 21203995 |
| 472 | guichengame | 21204752 |
| 473 | guichentoy | 21204754 |
| 474 | hxldollstore | 21210517 |
| 475 | windtop | 21215541 |
| 476 | windtoy | 21215838 |
| 477 | windblock | 21215840 |
| 478 | windgame | 21215846 |
| 479 | windstore | 21215855 |
| 480 | prettystore11 | 21221444 |
| 481 | goodboystore | 21221883 |

| 482 | hkstore666 | 21223879 |
|---|---|---|
| 483 | fine777 | 21227773 |
| 484 | fine333 | 21227941 |
| 485 | tubi06 | 21267238 |
| 486 | yiwang09 | 21269291 |
| 487 | qiyue06 | 21273244 |
| 488 | qiyuan06 | 21282840 |
| 489 | chinatonyzhong | 21344518 |
| 490 | huafei08 | 21345962 |
| 491 | huafei07 | 21346212 |
| 492 | nakiki | 21347195 |
| 493 | hai05 | 21357565 |
| 494 | hai06 | 21357567 |
| 495 | chao05 | 21357978 |
| 496 | chao08 | 21357985 |
| 498 | quan07 | 21401368 |
| 499 | quan08 | 21401369 |
| 500 | dang07 | 21417081 |
| 501 | dang08 | 21417241 |
| 502 | xue07 | 21434826 |
| 503 | y_tom | 21443855 |
| 504 | eaglers | A16A2K6AN1G1OW |
| 505 | ruoruo | A1BCNUJLD4QJWQ |
| 506 | z-zone | A1G1HA5091CLHD |
| 508 | hudesongus | A1OVGU6BHA044M |
| 509 | luoyongyouus | A20WGW1XHVTDJN |
| 513 | lilongjiaous | A2ZQ8IR1NT7QZ5 |
| 514 | syddp | A33R0SYTTL11T4 |
| 515 | wen shui xian wu liang bei bei bai huo chao shi | A376IDMAGN1UA1 |
| 517 | huangyinguius | A3FG7WW613CNSR |
| 519 | yuqianjinus | A3KYSES514QHUC |
| 520 | llddp | A3VMSGNJFXQA1F |
| 521 | bayueshop | A8ESLTS7VCLO6 |
| 522 | uion | A8Y0SFHD9SDT3 |
| 523 | yingsiyuus | A8ZBWYTGV5X8S |
| 525 | dong yanghai | ADY34UGF46FEH |
| 526 | japan-store | AFDNMWTG99UYK |
| 529 | blood sky | AIED59FX2IN05 |
| 530 | sumer us | ALQZEPJI1PC2M |
| 531 | thai best shop 2015 | AMZISVRY1Z66H |
| 533 | qifenghuang | APATJ18YEJ4KO |
| 534 | blue wind | AQHO9IVFIM3QO |
| 535 | betrendy | AR111Q0AQ6LBW |
| 536 | eleven capital | AT76ZSFEKT4Y7 |

| 537 | dynamic items shop | AXP3O2ZPNDG0L |
|---|---|---|
| 538 | calede anime store | 126438 |
| 539 | doll dream (min order$10) | 320653 |
| 541 | our case group | 506171 |
| 543 | toy & figurine store | 537735 |
| 544 | proudness store | 639322 |
| 545 | global good service price online store | 813026 |
| 546 | emgrand technology co., ltd. | 813307 |
| 547 | tim toy store | 815361 |
| 548 | n&a plaza | 903551 |
| 549 | ruya baby store | 1032189 |
| 550 | doll store | 1113432 |
| 551 | global lhlxflyhigh online store | 1142048 |
| 552 | aisha' park of toy store | 1143087 |
| 553 | kitty's anime store | 1153028 |
| 554 | dreamtoys store | 1185558 |
| 555 | alen store | 1187009 |
| 556 | lelakaya official store | 1242234 |
| 558 | torankusu official store | 1414176 |
| 559 | anitoy official store | 1453069 |
| 560 | south wood store | 1488715 |
| 561 | toy gardon store | 1532044 |
| 562 | torankusu toy store | 1541232 |
| 563 | bizjoy | 1626797 |
| 564 | handleman store | 1629086 |
| 565 | good price wholesale | 1678177 |
| 566 | shop1726132 store | 1726132 |
| 568 | summer style store | 1798157 |
| 569 | tiktok toy store | 1806180 |
| 570 | anime fun | 1834017 |
| 571 | toyhome lhlxflyhigh online store | 1850782 |
| 572 | happy toy store 1988 | 1861378 |
| 575 | starshadow official store | 1952145 |
| 576 | china long store | 2160110 |
| 577 | fabulous toy store | 2232045 |
| 578 | kakarotto saiyan store | 2385039 |
| 579 | rmdmyc official store | 2387111 |
| 580 | qi store | 2396095 |
| 581 | acg store | 2401090 |
| 582 | aeccos store | 2410033 |
| 583 | figures collectors store | 2824021 |
| 584 | toy zone store | 2857020 |
| 585 | go to shopping store | 2881151 |
| 587 | kyushu toy store | 2943040 |

| | | |
|---|---|---|
| 588 | shop3004031 store | 3004031 |
| 589 | s-fashional clothes store | 3018280 |
| 590 | shop3095005 store | 3095005 |
| 591 | shop3109024 store | 3109024 |
| 593 | anime model store | 3212122 |
| 594 | greative trande apaffa store | 3213067 |
| 595 | sylph toy world store | 3218028 |
| 596 | make world beautiful store | 3219067 |
| 597 | zelin figures store | 3252111 |
| 598 | 001 store | 3612015 |
| 599 | irtbgfu a store | 3616140 |
| 600 | shop3621026 store | 3621026 |
| 601 | cordazle toy store store | 3684040 |
| 602 | children helthy toy store | 3745001 |
| 603 | suzanne's tale store | 3907048 |
| 604 | no.4 playful toy store | 3910039 |
| 605 | the comicland store | 4041008 |
| 606 | toys6688 store | 4053070 |
| 607 | anime fan store | 4083012 |
| 609 | louise baby store | 4283038 |
| 610 | anime fun store | 4301015 |
| 611 | pei pei all kinds toy store | 4322004 |
| 612 | calede charles store | 4411060 |
| 613 | shop4414060 store | 4414060 |
| 614 | shop4435097 store | 4435097 |
| 615 | mscosplay store | 4500049 |
| 616 | kidults' toy store | 4509090 |
| 617 | shop4510074 store | 4510074 |
| 618 | shop4523010 store | 4523010 |
| 619 | gili store | 4539026 |
| 620 | manga fans store | 4701094 |
| 621 | haocaitoy store | 4716016 |
| 622 | anifan figures store | 4754024 |
| 623 | irtbgfu pi store | 4800047 |
| 624 | cxk vipkid store | 4848035 |
| 625 | mksaiyan store | 4932053 |
| 626 | homecozy store | 4964102 |
| 627 | hanhans store | 4989551 |
| 628 | gztzmy a store | 4995087 |
| 629 | imaginary world toy club store | 5009325 |
| 630 | accion figuras juguetes store | 5058047 |
| 631 | green baby123 store | 5080048 |
| 632 | lelakaya dropshipping store | 5155076 |
| 633 | supercaitlyn store | 5235008 |

| 634 | tomy toy store | 5435072 |
|---|---|---|
| 635 | anifigures store | 5494178 |
| 636 | zht figures store | 5498110 |
| 637 | funtoys store | 5564103 |
| 638 | shenzhen vanguard dragon industry co., ltd. | acrylchina |
| 639 | yiwu animestar e-commerce firm | animestar |
| 640 | dongguan ruihan industrial co., ltd. | dgruihan |
| 641 | shenzhen dongyuan plastic & metal products | dongyuangroup |
| 642 | shenzhen dongyuan plastic toys | dytoys |
| 644 | shenzhen focalvalue technology co., ltd. | focalvalue |
| 645 | guohao (shenzhen) technology r&d co., ltd. | ghsz |
| 646 | guangzhou mile trading co., ltd. | gzmile |
| 647 | huizhou fartop culture company limited | huizhoufartop |
| 648 | shenzhen idea animation co., ltd. | ideaanimation |
| 649 | guangzhou kairong industrial co., ltd. | kaven |
| 650 | shenzhen meiyan technology co., ltd. | meiyantech |
| 651 | yiwu mifen crafts co., ltd. | mifentoys |
| 652 | dongguan qisheng plastic products co., ltd. | qsplatictoy |
| 653 | shenzhen srx animation creation co., ltd. | srxdm |
| 654 | shenzhen stang toys co., ltd. | stang |
| 655 | shenzhen dianman toys co., ltd. | szdmtoys |
| 657 | zhongshan tritrust gifts & crafts co., ltd. | tritrustgifts |
| 658 | dongguan winbo gifts co., ltd. | winbolp |
| 659 | guangzhou xingyi trading co., ltd. | xingyitoy |
| 660 | shenzhen city xin mei tai toy model design co., ltd. | xmttoys |
| 661 | shenzhen yongzhi plastic mold co., ltd. | yztoyfactory |