## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

March 4, 2021

*By the Court:*

| | |
|---|---|
| No. 21-1284 | ABC CORPORATION,<br>Plaintiff - Appellee<br><br>v.<br><br>BELLETOY*HOUSE, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:20-cv-06173<br>Northern District of Illinois, Eastern Division<br>District Judge Marvin E. Aspen ||

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on March 4, 2021, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).